```
KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
    10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7017
    Fax:        (415) 436-6748
```

Attorneys for the United States of America

FILED

MAY 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and
SUSAN LOWE, Revenue Officer,

    Petitioners,

    v.

JOHN J. ZECHERLE,

    Respondent.

No. C-05-00226-FMS

PETITIONERS' REQUEST TO DISMISS ACTION AND [Proposed] ORDER

The Petitioners, the United States of America and Revenue Officer Susan Lowe, hereby respectfully request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court enter an Order dismissing this action as the Respondent, John J. Zecherle, has substantially complied with the administrative Internal Revenue Service summons served upon him, which underlies this action.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: May 11, 2005    By:   /s/ Jay R. Weill
                                        JAY R. WEILL
                                        Chief, Tax Division
                                        Assistant United States Attorney

Counsel for the Petitioners

## ORDER

The Court having read and considered the Petitioners' Request to Dismiss Action, being aware of the facts in this case, and being advised that the Respondent, John J. Zecherle, has substantially complied with the summons underlying this action, and for good cause shown,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 12, 2005

THE HONORABLE FERN M. SMITH
United States District Judge